**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02760-BNB

TRAVIS RASHAD BARNES,

    Applicant,

v.

WARDEN JOHN DAVIS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion to amend (Doc. #13) filed January 4, 2012, in which he seeks to amend his request for relief in this action, is GRANTED.

Dated:  January 27, 2012