**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-02760-REB

TRAVIS RASHAD BARNES,

      Applicant,

v.

WARDEN JOHN DAVIS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

**ORDER**

---

**Blackburn, J.**

      On review of the file in this action, it has come to my attention that the state court

record of Applicant's criminal case has not been submitted to the Court.  On February 1,

2012, the Honorable Lewis T. Babcock entered an order directing Respondents to file

an Answer and a copy of the state court record.  On February 7, 2012, Respondents

filed an Answer.  However, Respondents have not filed a copy of the state court record

as directed.  Therefore, Respondents again will be ordered to submit a copy of the state

court record.

**THEREFORE, IT IS ORDERED** as follows:

      1.  That within twenty-one days Respondents are directed to file a copy of the

complete record of Applicant's state court proceedings in Denver District Court case

number 02CR2728, including all documents in the state court file and transcripts of all

proceedings conducted in the state court, but excluding any physical evidence (as

opposed to documentary evidence) not relevant to the asserted claims.

DATED at Denver, Colorado, June 18, 2012.

BY THE COURT:

Robert E. Blackburn
United States District Judge